Michael J. Jaurigue (SBN 208123)
Liana M. Khachatourians (SBN 337126)
**JAURIGUE LAW GROUP**
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone:  818.630.7280
Facsimile:  888.879.1697
michael@jlglawyers.com
liana@jlglawyers.com
service@jlglawyers.com

Attorneys for Plaintiff  RODNEY MOJARRO

Celia C. Falzone
**AKERMAN LLP**
50 N. Laura Street Suite 3100
Jacksonville, FL 32202
Telephone: 904-798-3730
Fax: 904-798-3730
Celia.falzone@akerman.com

Marc J. Gottlieb
**AKERMAN LLP**
201 East Las Olas Boulevard Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954-463-222
Fax: 954-463-2700
Marc.gottlieb@akerman.com

Parisa Jassim
**AKERMAN LLP**
601 West Fifth Street Suite 300
Los Angeles, CA 90071
Telephone: 213-688-9500
Fax: 213-627-6342
Parisa.jassim@akerman.com

Attorneys for Defendant NEWREZ LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MOJARRO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ LLC, a Delaware limited liability company d/b/a SHELLPOINT MORTGAGE SERVICING; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:21-cv-01500-CBM-Ex<br><br>*The Hon. Consuelo B. Marshall*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**   **[JS-6]** |

# **ORDER**

Pursuant to the parties' stipulation, it is ORDERED that Plaintiff Rodney Mojarro's claims are hereby DISMISSED WITH PREJUDICE, and that Plaintiff and Defendant shall bear their own respective costs and attorney's fees.

Dated:  SEPTEMBER 3, 2021



The Honorable Consuelo B. Marshall
United States District Judge